

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2014

No. 04-14-00459-CV

**FIBERLIGHT LLC**,
Appellant

v.

**UNION PACIFIC RAILROAD CO.**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08880
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on October 2, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court